# Court of Appeals
# of the State of Georgia

ATLANTA, _February 03, 2025_

*The Court of Appeals hereby passes the following order:*

## A25A0930. TONIE BAKER v. THE STATE.

A jury found Tonie Baker guilty of rape, two counts of aggravated sodomy, and child molestation. Baker filed a motion for new trial, which the trial court denied.[1] Proceeding pro se, Baker thereafter filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, the trial court denied the motion for new trial on August 16, 2024. Baker, however, did not file his notice of appeal until September 23, 2024, 38 days later. Because Baker's notice of appeal is untimely, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, _02/03/2025_

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Baker represented himself at trial, but he requested and was granted appellate counsel for the purpose of pursuing post-judgment relief. The order on appeal denies the motion for new trial that was timely filed by Baker's appellate counsel.